IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| APRIL KIMBROUGH | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:04CV589 |
| | § | |
| HARRISON COUNTY, MISSISSIPPI | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on Defendant Harrison County, Mississippi's Motion for Summary Judgment [22], the Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice against the Defendant. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE